No. 68375.—Service Games (Nevada), Inc., et al. *v.* United States, protests 62/7635, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of coin-operated slot machines and parts thereof which change the direction of force applied to them and do not have as an essential feature an electrical element or device, the claim of the plaintiffs was sustained.